**STATE of Missouri, Respondent,**

v.

**Ronell JOHNSON,**
**Defendant/Appellant.**

No. ED 102788

Missouri Court of Appeals,
Eastern District,
*DIVISION TWO.*

Filed: August 11, 2015

Motion for Rehearing and/or Transfer to Supreme Court Denied
October 8, 2015

Kevin L. Schriener, 141 North Meramec Avenue, Suite 314, Clayton, Missouri 63105, for Appellant.

Alexandra E. Wilson–Schoone, 100 South Central Avenue, Second Floor, St. Louis, Missouri 63105, for Respondent.

Before Philip M. Hess, P.J., Gary M. Gaertner, Jr., J. and Angela T. Quigless, J.

### ORDER

PER CURIAM

Ronell Johnson (Defendant) appeals the St. Louis Circuit Court's judgment convicting him of failure to drive within a single lane, § 304.015, RSMo Supp. 2010, and failure to yield to an emergency vehicle, § 304.022, RSMo Supp. 2012. Defendant raises two claims of insufficient evidence, claiming that the State failed to adduce evidence that (1) he made an unsafe lane change in violation of § 304.015 and (2) that the officer's car was equipped with the required lights or sirens as required by § 304.022. We affirm.

We have reviewed the briefs of the parties and the record on appeal and have determined that an extended opinion would serve no jurisprudential purpose. We have, however, provided a memorandum opinion only for the use of the parties setting forth the reasons for our decision. Rule 30.25(b).